UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANA MCCARTHY,<br><br>  Plaintiff,<br><br>  v.<br><br>STARBUCKS,<br><br>  Defendant. | CASE NO. 2:24-cv-01089-TL<br><br>**REPORT AND RECOMMENDATION** |

On July 23, 2024, Plaintiff filed an application seeking leave to proceed in forma pauperis ("IFP") and proposed complaint. Dkts. 1 and 2. On July 25, 2024, Plaintiff was advised by the Clerk that her IFP application is deficient because Plaintiff failed to sign and complete all sections of the application. Dkt. 5. Plaintiff was given until August 26, 2024, to cure the noted deficiencies. *Id.* Plaintiff has failed to do so.

The Court accordingly recommends Plaintiff's IFP application (Dkt. 1) be **DENIED** and that Plaintiff be directed to pay the filing fee within fourteen (14) days of the adoption of this recommendation.

This Report and Recommendation is not an appealable order. Plaintiff should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

REPORT AND RECOMMENDATION - 1

Objections, however, may be filed no later than **September 11, 2024**. The Clerk should note the matter for September 11, 2024, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

The Clerk shall provide a copy of this Order to Plaintiffs.

DATED this 28th day of August, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge