UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANA MCCARTHY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>STARBUCKS,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-01089-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court having considered the Report and Recommendation filed by the assigned United States Magistrate Judge, all objections, and the record, finds and **ORDERS**:

　　1.　The Report and Recommendation is adopted and leave to proceed in forma pauperis is **denied**.

2. Plaintiff shall pay the filing fee within thirty (30) days of this Order. If Plaintiff fails to do so, this matter is dismissed, and the Clerk shall close and terminate the matter.

DATED this 12th day of September 2024.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2